[No. 67720-9-I.  Division One.  June 10, 2013.]

TONI R. YOUNG, *Respondent*, v. BENJAMIN A. COSGROVE III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-06733-7, Theresa B. Doyle, J., entered September 14, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Verellen, JJ.

[No. 67759-4-I.  Division One.  June 10, 2013.]

PAUL KING, *Appellant*, v. STEVE RICE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-36124-5, Laura C. Inveen, J., entered August 17, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.

[No. 67922-8-I.  Division One.  June 10, 2013.]

DONNA CHARBONNEAU ET AL., *Respondents*, v. TANNER FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-2-02122-6, Charles R. Snyder, J., entered October 28, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 68024-2-I.  Division One.  June 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN CHADWICK DUBLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-04112-1, Laura Gene Middaugh, J., entered December 2, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Grosse, J.